ACCEPTED
01-07-00491-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 5:18:05 PM
CHRISTOPHER PRINE
CLERK



**JACKSON WALKER L.L.P.**
ATTORNEYS & COUNSELORS

Kathrine M. Silver
(713) 752-4340 (Direct Dial)
(713) 308-4141 (Direct Fax)
ksilver@jw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 5:18:05 PM
CHRISTOPHER A. PRINE
Clerk

July 22, 2015

Mr. Christopher A. Prine, Clerk
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

Re:     COA No. 01-07-00491-CV; *Lakota Resources, Inc., David Wilstein and Leonard Wilstein, Individually and as Trustee v. Pathex Petroleum, Inc. and Dernick Resources, Inc.*

Dear Mr. Prine:

Please allow this letter to serve as a request for a copy of any recording of the oral argument held in the above-referenced case on November 21, 2008.

I appreciate your assistance in this matter. Please contact me at (713) 752-4340 with any information or questions you may have.

Sincerely,

Kathrine M. Silver

KMS:tkd

14120057v.1 131812/00002
1401 McKinney Street, Suite 1900   •   Houston, Texas 77010   •   (713) 752-4200   •   fax (713) 752-4221

www.jw.com   •   Austin   •   Dallas   •   Fort Worth   •   Houston   •   San Angelo   •   San Antonio   •   Member of GLOBALAW℠